

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ANNIE RICO, | § | No. 08-21-00119-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Relator's motion to dismiss petition for writ of mandamus, and concludes the motion should be granted and the petition for writ of mandamus should be dismissed. We therefore grant Relator's motion to dismiss petition for writ of mandamus and dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 6TH DAY OF AUGUST, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.